**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| RAYMOND WEAVER, | : | |
|---|---|---|
| Plaintiff, | : | Case No. 3:07CV079 |
| | : | |
| vs. | : | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| CITY OF KETTERING, *et al.*, | | |
| | : | |
| Defendants. | | |
| | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS
FILED ON OCTOBER 30, 2007 (Doc. #24); GRANTING DEFENDANT ANDREA
WHITE'S MOTION TO DISMISS (Doc. #7); GRANTING DEFENDANT CITY OF
KETTERING'S MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. #13); AND
TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #24), to whom this case was

originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been

filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations filed on October 30, 2007 (Doc. #24) is
      ADOPTED in full;

2.    Defendant Andrea White's Motion to Dismiss (Doc. #7) is GRANTED;

3.    Defendant City of Kettering's Motion for Judgment on the Pleadings (Doc. #13) is GRANTED; and,

4.    This case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge